*AO 470 (8/85) Order of Temporary Detention*

FILED

JUN 2 3 1999

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
           DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

UNITED STATES OF AMERICA

V.                                          ORDER OF TEMPORARY DETENTION
                                            PENDING HEARING PURSUANT TO
                                            BAIL REFORM ACT

CHRISTOPHER ANDRE VIALVA
        Defendant

                                            Case Number:   W99-73M(1)


      Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for ___6-24-99___* at ___1:30 p.m.___ before DENNIS G. GREEN, U.S. MAGISTRATE JUDGE, U.S. Magistrate Court, 2nd Floor, Courtroom No. 2, 800 Franklin, Waco, Texas. Pending this hearing, the defendant shall be held in custody by the U.S. Marshal and produced for the hearing.

DATE: ___6/23/99___

                                            _____
                                            DENNIS G. GREEN
                                            U.S. MAGISTRATE JUDGE

---

*If not held immediately npon defendant's first appearance, the hearing may be continned for np to three days npon motion of the Government, or np to five days npon motion of the defendant. 18 U.S.C. Section 3142(f)(2).

    A hearing is reqnired whenever the conditions set forth in 18 U.S.C. Section 3142(f) are present. Snbsection (l) sets forth the gronnds that may be asserted only by the attorney for the Government; snbsection (2) states that a hearing is mandated npon the motion of the attorney for the Government or npon the jndicial officer's own motion if there is a serions risk that the defendant (a) will flee or (b) will obstrnct or attempt to obstrnct jnstice, or threaten, injnre, or intimidate, or attempt to threaten, injnre, or intimidate a prospective witness or jnror.

000005

2.