# UNITED STATES DISTRICT COURT

**FILED**
JUN 24 1999

WESTERN DISTRICT OF TEXAS

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

CHRISTOPHER ANDRE VIALVA

**WARRANT FOR ARREST**

CASE NUMBER: W99-73M (1)

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest CHRISTOPHER ANDRE VIALVA
                                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

( ) Indictment  ( ) Information  (X) Complaint  ( ) Order of court  ( ) Violation Notice  ( ) Probation Violation Petition

charging him or her with (brief description of offense) CARJACKING

in violation of Title __18__ United States Code, Section(s) 2119

Dennis G. Green
Name of Issuing Officer

U. S. Magistrate Judge
Title of Issuing Officer

Dennis S. Green (signature)
Signature of Issuing Officer

06-23-99  Waco, TX
Date and Location

Bail fixed at $ __Detain - No Bond__   by Dennis G. Green, U.S. Magistrate Judge
                                          Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at __Bell CO, TX__

By FBI

| DATE RECEIVED 6/23/99 | | |
|---|---|---|
| DATE OF ARREST 6-23-99 | CU/Hoffman SDKN | |

0000007

# UNITED STATES DISTRICT COURT FILED
## WESTERN DISTRICT OF TEXAS

JUN 2 3 1999

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA
v.

CHRISTOPHER ANDRE VIALVA (1)
BRANDON BERNARD (2)

## CRIMINAL COMPLAINT

CASE NUMBER: W99-73M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 21, 1999** in **Bell County** County, in the **Western** District of **Texas** defendant(s) did **with intent to cause death or serious bodily harm take a motor vehicle that had been transported, shipped or received in interstate commerce from the person or presence of another by force and violence or by intimidation**,

in violation of Title **18** United States Code, Section(s) **2119**.

A true copy of the original, I certify.
WILLIAM G. PUTNICKI
Clerk, U. S. District Court.
By: _____
Deputy

I further state that I am a(n) **Special Agent with the Federal Bureau of Investigation** and that this complaint is based on the following facts:

**See attached Affidavit.**

Continued on the attached sheet and made a part hereof:  Yes

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

June 23, 1999                      at    Waco, Texas
Date                                       City and State

**DENNIS G. GREEN,
UNITED STATES MAGISTRATE JUDGE**
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

Affiant is Special Agent Daniel W. Chadwick of the Federal Bureau of Investigation. Affiant has been so employed for some 10 years. Affiant's total law enforcement experience is 13 years. The assertions in this affidavit are based upon Affiant's own investigation, as well as Affiant's review of reports from fellow officers, and discussions with fellow officers and witnesses. Affiant was contacted by military investigators form Fort Hood, Texas during the evening of June 21, 1999 regarding a possible homicide case. Affiant upon arriving at Fort Hood, Affiant learned from military investigators that sometime after eight o'clock on the evening of June 21, 1999, a car was reported to be on fire in the area of the Belton Lake Recreation Area at Fort Hood. Upon arrival at the location, firefighters and law enforcement officials discovered two burned bodies in the trunk of the vehicle. Affiant knows that the vehicle containing the bodies was situated on land which is on the military reservation of Fort Hood, Texas, which is an area within the special maritime or territorial jurisdiction of the United States. Four individuals were seen by witnesses in the area of the burning vehicle. These four are: Chris Vialva age 19, Brandon Bernard age 18, T.B. a juvenile male, and C.L. a juvenile male. Affiant and others investigators spoke with the suspects after advising them of their rights regarding self incrimination. C.L. a juvenile male, stated that he had been with Chris Vialva in Killeen, Texas on the evening of June 21, 1999 when the two approached a man and a woman for a ride. At some point, the victims were ordered into the trunk of their vehicle. The vehicle was driven in the Killeen area while the victims were in the trunk. At some point, Brandon Bernard and T.B., a juvenile male were asked to provide help by following the stolen car so that it could be disposed of and so that Chris Vialva and C.L., the other juvenile male would have a ride to get away from the stolen car. According to C.L., Chris Vialva drove the car with the victims still locked in the trunk to a remote area of Fort Hood. The victim's pleaded to be released. According to C.L., Chris Vialva opened the trunk and fired with a pistol twice at the victims in the trunk. The car was then set on fire with the victims still inside the trunk. According to C.L., the car driven by Brandon Bernard became stuck in the mud as the suspects tried to flee the area. C.L. stated that a .40 caliber pistol and a .22 caliber pistol had been in the car, but were discarded. C.L. directed the officers as to where the firearms could be found near the crime scene. Investigators located a Glock .40 caliber pistol and a Jennings .22 caliber pistol not far from where the car was stuck in the mud.

   After advising him of his rights regarding self incrimination, investigators spoke with T.B. a juvenile male. T.B. stated that he was with Chris Vialva, Brandon Bernard, and Juvenile C.L. on June 21, 1999. T.B. was asked by C.L. for help. T.B. states that he saw that Chris Vialva and C.L. were in an automobile with Iowa license plates. T.B. learned that there were two people locked in the trunk of the automobile. T.B. spoke with both of the individuals, a man and a woman, through the trunk. T.B. heard Vialva say that the victims knew too much and that the car had to be burned. T.B. and Brandon Bernard went to purchase some lighter fluid to help burn the car. T.B. and Brandon Bernard who were in Bernard's car, followed Chris Vialva and C.L., who were in the victim's car, to an area on Fort Hood. According to T.B., shots were fired by

Chris Vialva into the trunk, and then T.B. poured lighter fluid on his shirt which he had removed. T.B. then handed his shirt to another of the suspects so that the fire in the car could be started.

Investigators spoke with Brandon Bernard after having advised him of his rights regarding self incrimination. Bernard also acknowledges being with Vialva, T.B. and C.L. on June 21, 1999. Bernard stated that Chris Vialva and juvenile C.L. were in the area of a "Mickey's" convenience store in Killeen where Chris Vialva and C.L. said they were going to rob someone. Later, Bernard found out that Chris Vialva and C.L. had stolen a car. Bernard stated that he figured out that their were people in the trunk of the car. Chris Vialva told Bernard to get some gasoline, but Bernard stated that he only had enough to buy lighter fluid. Bernard went to a convenience store and purchased lighter fluid and then followed Chris Vialva and C.L., who were in the victim's car, to Fort Hood where the car was to be burned. Bernard states that lighter fluid was poured in the car. The trunk of the car was opened and then Chris Vialva shot into the trunk of the car with the Glock .40 caliber pistol. The car was then set on fire.

Medical examiners in Dallas, Texas have stated that the female victim was shot in the face and burned. According to investigators, the male victim was apparently shot in the head and burned. The male victim has been tentatively as Todd Bagley. The female victim has tenatively been identified as his wife, Stacie Bagley.

Affiant spoke with Cleveland Shinn, a resident of the Nolanville, Texas area. Shinn advised that on the evening of July 21, 1999, he and a friend were driving in an area near the Lake Belton Recreation Area at Fort Hood when they saw some individuals who were stuck in the mud on the side of the road. Shinn saw four people, three of whom he knew from seeing them either in school in Killeen, or from just seeing these young men in town. Shinn states that there was a much younger person at the scene who he did not know from before. Shinn learned from the four individuals that their car was stuck, and that they wanted help getting out of the mud. Shinn stated that all four of these people were nervous and anxious about getting out of the area. Shinn personally observed the individuals hurriedly throwing objects from their car out across a fence. Shinn also observed the individuals changing and exchanging their clothing. Shinn observed a Nolanville officer arrive at the area, at which time, the four individuals became very agitated, uttering obscenities. The Nolanville officer observed that there was a vehicle on fire near the vehicle which was stuck in the mud. Officers who arrived on the scene following the Nolanville officer identified the four suspects at the scene near the "stuck" car as Chris Vialva, Brandon Bernard, T.B., a juvenile male, and C.L., a juvenile male.

Affiant has learned, based upon statements of family members,, that the victims traveled

00000010

in their vehicle form Iowa to Texas before their abduction and murder, thus fulfilling the interstate nexus element.

_____
Daniel Chadwick, Special Agent

Subscribed and Sworn to before me this 23rd day of June, 1999.

_____
Dennis G. Green, U.S. Magistrate Judge