

**FILED**

IN THE UNITED STATES DISTRICT COURT

SEP 0 8 1999

FOR THE WESTERN DISTRICT OF TEXAS

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. W-99-CR-070 |
| | § | |
| CHRISTOPHER ANDRE VIALVA (1) | § | |
| BERNARD BRANDON (2) | § | |

## O R D E R

Came on this date to be considered the First Motion of Defendant Christopher Andre Vialva for Continuance.. The Court, having considered said motion, is of the opinion that it is meritorious and should be granted.

Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), the Court finds that the ends of justice which will be served by allowing the Defendants additional time in which to prepare this case outweigh the best interest of the public and the Defendants in a speedy trial. The Court's basis for said finding is that the failure to grant a continuance in this case would deny counsel for the Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). Thus, the Court finds that the time between August 31, 1999 and December 13, 1999 is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h). This continuance shall apply to both Defendants pursuant to Title 18, U.S.C. § 3163(h)(7). Accordingly, it is

**ORDERED** that Defendant's First Motion for Continuance is **GRANTED**. The time between August 31, 1999 and December 13, 1999 is hereby excluded from the Speedy Trial Act, 18

74

0000135

U.S.C. § 3161(h)(8)(B)(iv) in accordance with the above provisions.  It is further

**ORDERED** that the plea agreement deadline in this case shall be extended until November 22, 1999.  It is further

**ORDERED** that should a plea agreement be reached, the rearraignment will be held at 1:00 p.m. on Monday, November 29, 1999.  It is further

**ORDERED**  that jury selection and trial in this case shall begin at 9:00 a.m. on Monday, December 13, 1999.  It is further

**ORDERED**  that this continuance shall apply to both Defendants pursuant to Title 18, U.S.C. § 3163(h)(7).

**SIGNED** this __8__ day of September, 1999.


_____
**WALTER S. SMITH, JR.**
**UNITED  STATES  DISTRICT  JUDGE**

0000136