IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

FILED

APR 0 5 2000

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § | Criminal No. W-99-CR-070 |
| § | |
| CHRISTOPHER ANDRE VIALVA (1) § | |
| BRANDON BERNARD (2) § | |

### ORDER

On this date a **DRAFT** juror questionnaire is being mailed (or delivered) to each attorney of record in this case.

Counsel are directed to give careful consideration to this draft, and then file with the Court, within five (5) days, any additions, deletions or changes they wish to suggest. After receiving responses, a second draft will be prepared and mailed, to which the attorneys will be allowed to file objections.

It is the intention of the Court to mail this questionnaire to prospective jurors before April 15, 2000.

SIGNED this 5' day of April, 2000.

_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE