IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
MAY 12 2000
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| V. | * | CRIMINAL NO. W-99-CR-070 |
| CHRISTOPHER ANDRE VIALVA, (1) BRANDON BERNARD, (2) | * | |
| | * | |
| Defendants. | * | |

## GOVERNMENT'S WITNESS LIST

1.  Jonathan A. Bair, Ft. Hood, TX

2.  Rogelio J. Meraz, Camp Howze Branch Office (CID) APO AP 96251 (Korea)

3.  James Michael Carlton, Ft. Hood, TX

4.  Thomas J. Cook, Ft. Hood, TX

5.  David M. Eller, Ft. Hood, TX

6.  Christopher Gene Nelson, Ft. Hood, TX

7.  Kevin W. Schunk, Ft. Hood, TX

8.  Bruce L. Simon, Ft. Hood, TX

9.  Alton W. Stuart, Jr., Ft. Hood, TX

10. Catrice D. Winston, Ft. Hood, TX

11. William Hernandez, Ft. Hood, TX

12. Duane Bestul, Ft. Hood, TX

13. Brenda Henderson, Ft. Hood, TX

14. Terry Terrell Brown, Bell County Jail, TX

15. Christopher Richard Lewis, Bell County Juvenile Detention Center, TX

16. Tony Sparks, Bell County Juvenile Detention Center, TX

17. Gregory Hardin Lynch, Bell County Juvenile Detention Center, TX

18. Dan Chadwick, Waco, TX

19. Rick Copeland, Austin, TX

20. Rick D. Bagley, Ottumwa, Iowa

21. Georgia A. Bagley, Ottumwa, Iowa

22. Charles Woodard, Killeen, TX

23. Donna McClure, Tennessee

24. Sylvia A. Salyer, Ft. Hood, TX

25. Michelle A. Dade, Ft. Sam Houston, TX

26. Cleveland J. Shinn, Killeen, TX

27. Omer R. Hall, Killeen, TX

28. Robert M. Volk, Ft. Hood, TX

29. Clifford R. Pinkerton, Killeen, TX

30. Billy D. Rorie, Killeen, TX

31. Sherise Scott, Killeen, TX

32. Lisa W. Brown, Killeen, TX

33. Blanca M. Zayas, Puerto Rico

34. Steven J. Timmerman, Killeen, TX

35. Robert J. Rimes, II, Killeen, TX

36. Thomas J. Wolfe, Harker Heights, TX

37. Stephen T. Wilson, Austin, TX

38. David Smith, Lampasas, TX

39. Jeannine Nicosia, Ottumwa, Iowa

40. Teresa Kirkpatrick, Ottumwa, Iowa

41. Juneith Steubing, Killeen, TX

42. Ernest Rowell, Ft. Hood, TX

43. John Aycock, Coryell County, TX

44. Thomas B. Sing, New Braunsfel, TX

45. Charles Meyer, Austin, TX

46. Teresa I. Brauland, Camp Humphries, CID APO AP 96271 (Korea)

47. Henry V. Amen, Austin, TX

48. Charles Parker, Austin, TX

49. Joyce Marek, Waco, TX

50. Joe Elmer, Austin, TX

51. Dr. J. K. Townsend-Parchmann, Dallas, TX

52. Dr. Joni McClain, Dallas, TX

53. Matt Gravelle, Austin, TX

54. Evan Rae, Austin, TX

55. Sondra Budge, Austin, TX

56. Patricia A. Retzlaff, Waco, TX

57. Blake Goertz, Waco, TX

58. Ronald D. Crumley, Austin, TX

59. Kathryn Martin, Austin, TX

60. Andrea Latasha York, Killeen, TX

61. Ramona Raeshun Berry, Killeen, TX

62. Roshan Donahue Rousseau, Killeen, TX

63. Ray Pagel, Killeen, TX

64. Tiffany Renee Walker, Killeen, TX

65. Gary Serwatka, Killeen, TX

66. Thomas L. Jones, Nolanville, TX

67. John Bowman, Killeen, TX

68. Caintrea Young, Killeen, TX

69. Byron San Marco, Austin, TX

70. Jeff Fholer, Killeen, TX

71. Alex Gerhart, Killeen, TX

72. Ed Harrington, Killeen, TX

73. Gary Orchowski, Austin, TX

74. Christina Spilman, Killeen, TX

75. Phillip Jerome Thompson, Harker Heights, TX

76. A. J. Torres, Killeen, TX

77. Alan Gawryszewski, Killeen, TX

78. Curtis DeMarris Magee, Oklahoma City, Oklahoma

79. Fancy Jezek/Diana Kay/Dr. Charles Patterson, Custodian of Records, Killeen Alternative School, Killeen, TX

80. Fancy Jezek/Diana Kay/Dr. Charles Patterson, Custodian of Records, Killeen High School, Killeen, TX

81. Mike Varnado, Killeen, TX

82. Norma Garza, Dallas, TX

83. Robert G. Williams, DDS, Dallas, TX

84. Tom Bevel, Edmond, Oklahoma

85. Ricky Lynch, Killeen, TX

86. Billy L. Smith, Sr., Angleton, TX

87. M. R. Brown, Killeen, TX

88. Johnny F. Wilcox, Tennessee Colony, TX

89. Jimmy Evans, Tennessee Colony, TX

90. Kenneth Green, Gatesville, TX

91. David Vandiver, Oglesby, TX

92. Charles Redden, Gatesville, TX

93. Cindy Gerdel, Gatesville, TX

94. Salvador Buentello, Huntsville, TX

95. Joe Barbosa, Huntsville, TX

96. Roger Whitehead, Killeen, TX

97. Jeff Booker, Nolanville, TX

98. Michael Rehfeld, Austin, TX

99. Robert Blossman, Waco, TX

100. Tim Maass, Delano, MN

101. Matt Center, Oskaloosa, Iowa

102. Aaron Phillips, Pella, Iowa

103. Jonathan L. Fryer, Ft. Hood, TX

104. Clandra D. Crawford, Ft. Hood, TX

105. Custodian of Records, United States Army, St. Louis, MO

106. Christy Fussell, Custodian of Record, Race Trak Petroleum, Smyrna, GA


Served on counsel for the Defendants by telefax on this the 11th day of May, 2000.

_____
MARK L. FRAZIER
Assistant United States Attorney