FILED

FEB 24 2004

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CRIMINAL NO. W-99-CR-70(1) |
| | § | |
| CHRISTOPHER ANDRE VIALVA. | § | |

### MOTION FOR LEAVE TO FILE UNDER SEAL

Counsel request this Court enter an order authorizing the filing under seal of Christopher Andre Vialva's *Ex Parte* Motion for Access to Client and Request for Expedited Disposition, which is being submitted for filing contemporaneously with this Motion. A proposed order granting the relief requested is being submitted in conformity with Local Rule CV-7.

The gravamen of the Motion for Access concerns the efforts of Mr. Vialva's counsel to investigate potential claims for inclusion in his petition for writ of habeas corpus. In explaining the necessity for access to Mr. Vialva, counsel were required to discuss various aspects of Mr. Vialva's prior representation to which the United States was not privy. At this point in the litigation, counsel are attempting to complete several investigative tasks. The circumstances surrounding these tasks, and the necessity for certain actions by counsel, are not appropriate for disclosure through public filing. While some potential issues are manifest from the public record of this case, counsel's efforts to establish predicate facts for Mr. Vialva's claims concern extra-record matters that are not presently within the public domain.

To ensure a complete presentation to the Court, counsel request leave to file the Motion for Access under seal. If this request is denied, counsel request leave to file a redacted motion and for the Court to conduct an *in camera* hearing, transcribed by a court reporter, so that counsel may orally

367                                                                          221

present the merits of their request for the Court's consideration. Counsel conferred with Mr. Mark

Frazier about the general substance of the Motion for Access. Mr. Frazier acknowledged that

explanation of the counsel's request would involve discussion of matters that were handled *ex parte*

during the trial proceedings.

Respectfully submitted,

SUSAN M. OTTO   OBA # 6818
Federal Public Defender Western District of Oklahoma

LISA S. McCALMONT   TBA # 24007629 OBA # 17096
Assistant Federal Public Defender
Death Penalty Federal Habeas Corpus Division
215 Dean A. McGee, Suite 109
Oklahoma City, Oklahoma 73102
Telephone: 405 609-5930 Telefacsimile: 405 609-5932
COUNSEL FOR DEFENDANT/PETITIONER
CHRISTOPHER ANDRE VIALVA

### CERTIFICATE OF SERVICE

I certify on the 23rd day of February, 2004, a true and correct copy of the foregoing Motion for Leave to File Under Seal and a copy of the proposed Order were mailed, postage prepaid, to Mr. Mark Frazier, Assistant United States Attorney, Chief, Waco Division, 800 Franklin Avenue Suite 280, Waco, Texas 76701.

SUSAN M. OTTO

2