# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF TEXAS

# WACO DIVISION

FILED

JUL 1 3 2004

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| CHRISTOPHER ANDRE VIALVA, § Movant, § | |
| § | CIVIL ACTION NO. W-04-CA-163 |
| v. § | CRIMINAL NO. W-99-CR-070(1) |
| § | |
| UNITED STATES OF AMERICA, § Respondent. § | |

## GOVERNMENT'S MOTION TO
## EXTEND TIME FOR RESPONDING TO § 2255 MOTION

Now comes the United States of America, by and through the United States Attorney for the Western District of Texas, and respectfully moves this Court to grant a 90-day extension of time in which to file the Government's response to Movant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. As grounds for this request, the United States would respectfully show the Court as follows:

Pursuant to this Court's order dated June 28, 2004, the Government's current deadline for filing a response in the subject cause is August 27, 2004. The subject response is being prepared by AUSA Mark Stelmach of our Austin office. Mr. Stelmach is also working on the response to co-defendant Brandon Bernard's § 2255 motion which is also due on August 27, 2004, in cause number W-04-CA-164. The two motions total 330 pages, and combined, they argue 20 grounds for relief. Mr. Stelmach was not involved in the original prosecution and, thus, is completely unfamiliar with the facts of the case. In order to properly research

392

in excess of 3,000 pages of trial transcript out of this death penalty trial which ran from May 15, 2000, through June 1,2000, an extension of time is necessary. This motion is not made for the purpose of delay, but in the interest of justice to permit the United States to better serve this Court.

WHEREFORE, premises considered, the United States respectfully requests that this Court grant its motion to extend Respondent's due date by 90 days to November 25, 2004.

Respectfully submitted,

JOHNNY SUTTON
UNITED STATES ATTORNEY

By:

MARK L. FRAZIER
Assistant United States Attorney
800 Franklin, Suite 280
Waco, TX 76701
(254) 750-1580

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing Motion has been mailed to the following counsel of record in the above-captioned case on this the 13th day of July, 2004.

Susan M. Otto
Lisa S. McCalmont
Federal Public Defender
215 Dean A. McGee
Suite 109
Oklahoma City, OK 73102


MARK L. FRAZIER
Assistant United States Attorney

3

207A