FILED

JUL 2 9 2004

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA            )
                                    )
v.                                  )    CRIMINAL NO. W-99-CR-70(1)
                                    )
CHRISTOPHER ANDRE VIALVA            )


GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the United States of America, by and through the United States Attorney for the Western District of Texas, and requests an enlargement of time in order to respond to Movant's Request for the United States to Show That It Has Screened Conflicted Counsel, And in the Absence of Screening, To Disqualify the Office of the United States Attorney, Western District of Texas.

The Government requests an enlargement of time to respond to Movant's motion, which response was due on July 19, 2004, for the following reason:

Upon entry of the Order requiring the United States to respond, the undersigned sent the Movant's Motion, along with the §2255 Motions for Movant and for Co-Defendant Brandon Bernard to the Appellate Division, United States Attorney's Office, in San Antonio for assignment and response. AUSA Mark Stelmach, an Appellate attorney in the Austin Division, was assigned the responsibility of answering the §2255 Motions but was not notified by the San Antonio Office of Movant's Request for the United States to Show That It Has Screened Conflicted Counsel, And in the Absence of Screening, To Disqualify the Office of the United States Attorney, Western District of Texas. Therefore, he had no knowledge that such a motion had been filed until the undersigned informed him on Monday, July 26, 2004, that such a motion had been filed and sent to the San Antonio Office for assignment and response.

396

AUSA Stelmach has prepared a response to this motion which should be filed Friday, July 30, 2004.

WHEREFORE, PREMISES CONSIDERED, the United States prays that the Court grants this motion and extend the time for response to Movant's motion to August 2, 2004.

Respectfully submitted,

JOHNNY SUTTON
United States Attorney

By:    MARK L. FRAZIER
Assistant United States Attorney
800 Franklin, Suite 280
Waco, TX 76701
(254) 750-1580

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Government's Motion for Enlargement of Time has been delivered on this the 29th day of July, 2004, to the following:

Susan M. Otto
Federal Public Defender
Lisa S. McCalmont
Assistant Public Defender
215 Dean A. McGee Avenue, Suite 109
Oklahoma City, Oklahoma 73102
Attorneys for Defendant/Movant Christopher Andre Vialva

Robert C. Owen
Owen & Roundtree, L.L.P.
P.O. Box 40428 Austin, Texas 78704
Attorneys for Defendant/Movant Brandon Bernard

MARK L. FRAZIER
Assistant United States Attorney