**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

FILED

NOV 1 2 2004

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | **CRIMINAL NO. W-99-CR-70(1)** |
| | § | **CIVIL NO. 04-CV-163** |
| CHRISTOPHER ANDRE VIALVA. | § | |

## SUPPLEMENT TO MOTION FOR DISCOVERY
## AND BRIEF IN SUPPORT

**TO THE HONORABLE COURT:**

Christopher Andre Vialva, by and through the undersigned counsel, submits the following supplemental information in support of his request to conduct discovery as enumerated in his *Motion for Discovery and Brief in Support*. Doc. 404. The United States has responded in opposition to the *Motion*. Doc. 407. This information was not submitted in a reply to the United States's response within the time limits established in Local Court Rule CV-7 (e) because the information was not available to counsel within those limits.

Mr. Vialva's *Motion for Discovery* seeks access to certain documents within the control of the United States Attorney and the Federal Bureau of Investigation. Despite counsel's enumeration of the factual bases for the request and of the correlation of the requested documents to claims in Mr. Vialva's *§ 2255 Motion*, the United States opposes the requested discovery as a "fishing expedition." Doc. 407 at unnumbered page 3. Prior to invoking the discovery processes available in post conviction review, the undersigned counsel attempted to secure relevant information from the United States Department of Justice through the Freedom of Information Act. The following facts relate to those efforts and bear directly on this Court's consideration of Mr. Vialva's request for discovery.

410

2166

On September 15, 2003, the undersigned counsel submitted a Freedom of Information Act request to the Federal Bureau of Investigation, in writing, transmitted via telefacsimile. In accordance with verbal instructions, counsel noted Mr. Vialva's status as a federal death row inmate on the request. A form acknowledgment was sent September 23 and received by counsel September 29, 2003. By form letter dated October 21 and received October 29, 2003, counsel was notified the Bureau was invoking a statutory exemption, Title 5, United States Code, Section 552 (b)(7)(A), and denying release of the requested information. Counsel filed an appeal and requested an expedited review, in light of the statutory filing deadline for Mr. Vialva's *§ 2255 Motion*. On December 29, 2003, counsel received notification the appeal would be granted expedited processing.

On March 22, 2004, counsel received notification from Richard Huff, Co-Director of the Bureau's Office of Information and Privacy, that the appeal was granted. A copy of Director Huff's letter is included in the *Appendix* to this pleading, as Exhibit 1. Counsel did not receive the requested materials prior to the June, 2004 filing deadline. Counsel recontacted the Office of Information and Privacy to determine when the materials would be received. On September 17, 2004, an analyst contacted counsel and advised the only materials that would be provided were those in the "public record," *viz:* pleadings from the court file. On further inquiry, the analyst advised this decision was attributed to Assistant United States Attorney Mark Frazier by Federal Bureau of Investigation Special Agent Dan Chadwick. Counsel requested written confirmation of the Bureau's reversal of its prior decision and the basis for its reversal.

Mr. David Hardy, Section Chief, transmitted the Bureau's response by letter dated September 28, 2004. *Appendix*, Exhibit 2. Counsel received the letter October 4, 2004 and initiated an appeal October 8, 2004, transmitted by telefacsimile. By statute, the Bureau is afforded twenty working

days within which to respond to the appeal.  5 U.S.C. § 552 (a)(6)(A)(ii).  The Bureau has not responded as of the filing of this pleading.

Without recapitulating all of the facts and argument presented in Mr. Vialva's *Motion for Discovery*, counsel would note for the Court that Special Agent Chadwick was the case agent in charge of the investigation from the outset.  Agent Chadwick directed the Department of Army concerning the interviewing of the juveniles and participated as an architect of the government's case with Mr. Frazier.  Mr. Frazier and Mr. Chadwick are precluding counsel's access to the Bureau's records concerning Mr. Vialva, while members of the same office are resisting counsel's efforts to conduct discovery, contending counsel has failed to make a sufficient factual showing of need.  The government's position is, at the very least, disingenuous.

Based on the foregoing, Mr. Vialva requests this Court enter an order authorizing him to conduct discovery in this case.  Mr. Vialva requests the production of documents, records, and tangible items of evidence as enumerated in his initial *Motion for Discovery*.  Mr. Vialva requests an order granting him  leave of this Court to depose Mr. Dwight Goains.

Respectfully submitted,

SUSAN M. OTTO   Oklahoma Bar # 6818
Federal Public Defender Western District of Oklahoma
LISA S. McCALMONT  Texas Bar # 24007629 OBA #17096
Assistant Federal Public Defender
Death Penalty Federal Habeas Corpus Division
215 Dean A. McGee   Suite 109
Oklahoma City, Oklahoma 73102
Telephone: 405 609-5930 Telefacsimile: 405 609-5932
COUNSEL FOR DEFENDANT/PETITIONER
CHRISTOPHER ANDRE VIALVA

## CERTIFICATE OF SERVICE

I certify that on this 11th day of November, 2004, a true and correct copy of this *Supplement to Motion for Discovery* was mailed, postage prepaid to Mr. Mark Stelmach, Assistant United States Attorney, 816 Congress Avenue, Suite 1000, Austin, Texas 78701, counsel for Plaintiff/Respondent United States of America; and to Rob Owen, P.O. Box 40428, Austin, Texas 78704, and Robert Gombiner, Assistant Federal Public Defender, 1111 Third Avenue, Suite 1100, Seattle, Washington 98101, counsel for Brandon Bernard.

SUSAN M. OTTO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CRIMINAL NO. W-99-CR-70(1) |
| | § | CIVIL NO. 04-CV-163 |
| CHRISTOPHER ANDRE VIALVA. | § | |

## *APPENDIX*

### *SUPPLEMENT TO MOTION FOR DISCOVERY*
### *AND BRIEF IN SUPPORT*



**U.S. Department of Justice**

Office of Information and Privacy

MAR 2 2 2004

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

MAR 16 2004

Susan M. Otto, Esq.
Federal Public Defender
Western District of Oklahoma          Re:   Appeal No. 04-0555
215 Dean A. McGee, Suite 109                Request No. 983693
Oklahoma City, OK  73102                    RLH:ADW:NSQ

Dear Ms. Otto:

You appealed on behalf of your client, Christopher Andre Vialva, from the action of the Headquarters Office of the Federal Bureau of Investigation on his request for access to records concerning him.

After carefully considering your appeal, and as a result of discussions between the FBI and a member of my staff, I have decided to remand your client's request for further processing of the responsive records. Although the FBI properly invoked exemption 7(A) of the Freedom of Information Act, 5 U.S.C. § 552(b)(7)(A), at the time your client's initial request was processed, that exemption, which pertains to records or information compiled for law enforcement purposes, the release of which could reasonably be expected to interfere with enforcement proceedings, is no longer applicable to withhold the records in their entireties. Consequently, the FBI will send the releasable portions of these records to you directly. If your client is dissatisfied with the FBI's ultimate action on these records, he may appeal again to this Office.

If your client is dissatisfied with my action on your appeal, he may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Richard L. Huff
Co-Director

EXHIBIT 1

2165



U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

SUSAN M OTTO ESQ
OFFICE OF THE FEDERAL DEFENDER
SUITE 524                                      September 28, 2004
215 DEAN A. MCGEE
OKLAHOMA CITY, OK 73102

Request No.:  0983693- 001
Subject: VIALVA, CHRISTOPHER ANDRE

Dear Ms. Otto:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request for information pertaining to the above subject and to memorialize your conversation with Mrs. Sharon Tucker of my staff on September 17, 2004.

As you were advised telephonically by Mrs. Tucker, the documents in response to your request continue to be protected pursuant to subsection (b)(7)(A) of 5 U.S.C. § 552 with the exception of public source material and non-substantive information. The assertion of exemption (b)(7)(A) is based on Mrs. Tucker's conversation with SA Daniel Chadwick of the San Antonio Office and his conversation with AUSA Mark Frasier. Subsequently, you advised Mrs. Tucker that you were not interested in having this type of material processed since that information was already available to you. Therefore, your FOIPA request is being administratively closed.

You may appeal this denial by writing to the Co-Director, Office of Information and Privacy, United State Department of Justice, Flag Building, Suite 570, Washington, D.C., 20530, within sixty days from receipt of this letter. The envelope and the letter should be clearly marked "Freedom Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

EXHIBIT 2