FILED

NOV 1 6 2004

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA     )
                             )
                             )   **Criminal Action Nos.**
v.                           )   W-99-CR-070(1) & (2)
                             )
CHRISTOPHER ANDRE VIALVA and )
BRANDON BERNARD              )

### GOVERNMENT'S MOTION FOR A TWO-WEEK EXTENSION OF TIME TO FILE THE GOVERNMENT'S RESPONSES TO THE SECTION 2255 MOTIONS

TO THE HONORABLE COURT:

(1) As this Honorable Court is aware, convicted capital defendant Vialva has filed an 11-issue, 175-page motion for relief under § 2255, and convicted capital defendant Bernard has filed a 10-issue, 155-page motion. The motions include hundreds of pages of exhibits. The motions involve dozens of sub-issues and arguments. Each defendant-movant utilized a team of two lawyers to prepare his motion.

(2) Undersigned counsel has been the sole lawyer writing the responses, and has drafted a substantial number of sections of the responses. Unfortunately, during the last two months, undersigned counsel has been required to prepare for two Fifth Circuit oral arguments, and travel to New Orleans (in U.S. v. Andrews (03-51361) (in which a supplemental brief to the Fifth circuit was required) and U.S. v. Sokoli (03-51399) (involving an eight-day controlled-substance conspiracy trial)), as well as undertaking other tasks.

413

216

(3) Previously, this Honorable Court very generously granted an initial extension of time to November 24, 2000, to respond to both motions.

(4) Undersigned counsel very respectfully requests an additional two-week extension of time, to respond to both motions on or before December 8, 2004, in order to address, as comprehensively as possible, the myriad arguments made by movants.[1]

Respectfully submitted,

JOHNNY SUTTON
UNITED STATES ATTORNEY

By:

*Stephanie Smith-Burris*

STEPHANIE SMITH-BURRIS for
Mark R. Stelmach
Assistant U.S. Attorney
Appellate Section
816 Congress Avenue, Suite 1000
Austin, Texas 78701
TEL 512 916-5858
FAX 512 916-5854
Pennsylvania State Bar No. 28964

---

[1] Mr. Vialva's counsel, Susan M. Otto, was consulted with regard to the government's motion on November 16, 2004, and indicated that her preference was for the government to instead seek a 30-day continuance, as the 14-day continuance would put her in a "jam" regarding a response in another case. She offered consent, conditioned upon her own ability to obtain a continuance. On November 16, 2004, Robert Owen, counsel for defendant Bernard, voiced no opposition to this request.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Government's Motion has been sent by regular

mail on this the 16th day of November, 2004, to:

Attorneys for Defendant/Movant Christopher Andre Vialva
Susan M. Otto
Federal Public Defender
Lisa S. McCalmont
Assistant Public Defender
215 Dean A. McGee Avenue, Suite 109
Oklahoma City, Oklahoma 73102

Attorneys for Defendant/Movant Brandon Bernard
Robert C. Owen
Owen & Roundtree, L.L.P.
P.O. Box 40428 Austin, Texas 78704

Robert H. Gombiner
Federal Public Defender
1601 Fifth Avenue, Ste. 700
Seattle, Washington 98101

*Stephanie Smith-Burris*
STEPHANIE SMITH-BURRIS for
Mark R. Stelmach
Assistant U.S. Attorney

2169