FILED

NOV 2 3 2004

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action Nos. |
| | ) W-99-CR-070(1) & (2) |
| CHRISTOPHER ANDRE VIALVA and | ) |
| BRANDON BERNARD | ) |

## ORDER

This matter is before the Court on the Government's Motion For A Two-Week

Extension Of Time To File The Government's Responses To The Section 2255 Motions.

The motion for an extension of time, to respond to both motions on or before December 8,

2004, is granted.

It is so ordered this 23 day of November, 2004.

WALTER S. SMITH, JR.
CHIEF UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF TEXAS