FILED

NOV 2 4 2004

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
          DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. W-99-CR-70(1) and |
| | § | W-99-CR-70(2) |
| CHRISTOPHER ANDRE VIALVA and | § | |
| BRANDON BERNARD. | § | |
| | | |
| CHRISTOPHER ANDRE VIALVA | § | |
| | § | |
| v. | § | CASE NO. 04-CV-163 |
| | § | |
| UNITED STATES OF AMERICA | § | |
| | | |
| BRANDON BERNARD | § | |
| | § | |
| v. | § | CASE NO. 04-CV-164 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## JOINT UNOPPOSED MOTION FOR ENLARGEMENT OF TIME AND FOR PERMISSION TO FILE OVERSIZED BRIEF

**TO THE HONORABLE COURT:**

Christopher Andre Vialva and Brandon Bernard, by and through their counsel, request an enlargement of time within which to file replies to the government's Response to their respective *Motions to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Pursuant Title 28, United States Code, Section 2255 and Brief in Support* [hereinafter, *§ 2255 Motions*]. This request for enlargement of time in being filed in advance of the United States's filing its Response because of the anticipated volume of its pleading and the short deadline for filing a Reply provided

415

2170

by the local rules.  Counsel for the United States was consulted.  Mr. Stelmach stated he does not oppose counsel's request for additional time.

Local Rule CV-7 (e) addresses the procedure for a party to reply in support of a motion to which a response has been filed.  The Rule provides a reply may be filed within eleven days after the response is filed and the reply will be limited to five pages, unless otherwise authorized by the Court.  Counsel for Mr. Vialva and Mr. Bernard anticipate the United States will file an extensive response to the *§ 2255 Motions*.  Counsel anticipate the United States's response will raise issues of law and fact requiring a reply from counsel.  Counsel for the United States requested two enlargements of time within which to file the government's response, based on the volume of the pleadings filed by the movants.  The requests were without substantive opposition from counsel for movants.

Counsel for Mr. Vialva and Mr. Bernard request an enlargement of time of sixty days from the filing date of the United States's *Response* within which to reply to their respective replies.  No other deadlines imposed by statute, rule, or order will be affected by granting this request.  Counsel submit this extension is necessary to present the Court with the law and facts relevant to the issues presented in these capital post conviction proceedings.  More than five pages will be required to reply to the United States's arguments and authorities.  There is no limitation placed on the initial *§ 2255 Motions* and the United States's *Response* is similarly unlimited.  A proposed *Order* granting the relief requested is being submitted with this *Motion*.

2

2171

Respectfully submitted,

ROBERT C. OWEN  Texas Bar #15371950
Owen & Rountree, L.L.P.
P.O. Box 40428
Austin, Texas  78704
Telephone: 512 804-2661  Telefacsimile: 512 804-2685

ROBERT H. GOMBINER
Assistant Federal Public Defender
Western District of Washington
1601 Fifth Avenue  Suite 700
Seattle, Washington  98101
Telephone: 206 553-1100  Telefacsimile: 206 553-1027
COUNSEL FOR DEFENDANT/PETITIONER
BRANDON BERNARD

SUSAN M. OTTO   OBA #6818
Federal Public Defender

LISA S. McCALMONT  Texas Bar # 24007629 OBA #17096
Assistant Federal Public Defender
Death Penalty Federal Habeas Corpus Division
Western District of Oklahoma
215 Dean A. McGee  Suite 109
Oklahoma City, Oklahoma 73102
Telephone: 405 609-5930 Telefacsimile: 405 609-5932
COUNSEL FOR DEFENDANT/PETITIONER
CHRISTOPHER ANDRE VIALVA

CERTIFICATE OF SERVICE

I certify that on this 23d day of November, 2004, a true and correct copy of this Motion and the proposed Order was mailed, postage prepaid to Mr. Mark Stelmach, Assistant United States Attorney, 816 Congress Avenue, Suite 1000, Austin, Texas  78701.

ROBERT C. OWEN

3