**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

FILED

DEC 0 8 2004

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
            DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) **Criminal Action Nos.** |
| | ) W-99-CR-070(1) & (2) |
| CHRISTOPHER ANDRE VIALVA and | ) Death Penalty Case |
| BRANDON BERNARD | ) |

**GOVERNMENT'S MOTION TO FILE SEALED ADDENDUM**
**TO ITS RESPONSE TO VIALVA'S § 2255 MOTION TO VACATE SENTENCE**

TO THE HONORABLE COURT:

(1) Movant Vialva filed a § 2255 motion with portions of that motion redacted.

(2) The government seeks leave to file in a sealed Addendum certain pages in response to a section of Vialva's redacted motion.

Respectfully submitted,

JOHNNY SUTTON
UNITED STATES ATTORNEY

By: _____

Mark R. Stelmach
Assistant U.S. Attorney
Appellate Section
816 Congress Avenue, Suite 1000
Austin, Texas 78701
TEL 512 916-5858
FAX 512 916-5854
Pennsylvania State Bar No. 28964

419

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Government's Motion has been sent by regular mail on this the 8th day of December, 2004, to:

Attorneys for Defendant/Movant Christopher Andre Vialva
Susan M. Otto
Federal Public Defender
Lisa S. McCalmont
Assistant Public Defender
215 Dean A. McGee Avenue, Suite 109
Oklahoma City, Oklahoma 73102

Attorneys for Defendant/Movant Brandon Bernard
Robert C. Owen
Owen & Roundtree, L.L.P.
P.O. Box 40428 Austin, Texas 78704

Robert H. Gombiner
Federal Public Defender
1601 Fifth Avenue, Ste. 700
Seattle, Washington 98101

Mark R. Stelmach
Assistant U.S. Attorney