FILED

DEC 0 9 2004

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. W-99-CR-70(1) and |
| | § | W-99-CR-70(2) |
| CHRISTOPHER ANDRE VIALVA and | § | |
| BRANDON BERNARD. | § | |
| | | |
| CHRISTOPHER ANDRE VIALVA | § | |
| | § | |
| v. | § | CASE NO. 04-CV-163 |
| | § | |
| UNITED STATES OF AMERICA | § | |
| | | |
| BRANDON BERNARD | § | |
| | § | |
| v. | § | CASE NO. 04-CV-164 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER GRANTING ENLARGEMENT OF TIME AND
## GRANTING PERMISSION TO FILE OVERSIZED REPLY

This matter is before the Court on the joint motion of counsel for Christopher Andre Vialva

and Brandon Bernard requesting an enlargement of time within which to file their replies to the

United States's response to their Motions to Vacate Sentence. Counsel also request leave to file

replies that exceed the five page limit set in Rule CV-7 (e). The motion is unopposed by the United

States. The Court finds the motion should be and is hereby granted.

420

Any reply shall be filed by counsel for Christopher Vialva and Brandon Bernard on or before sixty days after the service of the United States's response.  The five page limit is waived.

It is so ordered this ___9___ day of ~~November~~ Dec, 2004.

WALTER S. SMITH, JR.
CHIEF UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF TEXAS

2