FILED

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION**

JAN 0 5 2005

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) **Criminal Action Nos.** |
| | ) W-99-CR-070(1) & (2) |
| CHRISTOPHER ANDRE VIALVA and | ) |
| BRANDON BERNARD | ) |

## ORDER

This matter is before the Court on the Government's Motion To File Sealed

Addendum To Its Response To Movant Vialva's § 2255 Motion To Vacate. The motion is

granted.

It is so ordered this _5_ day of ~~December,~~ 2004.

_____
WALTER S. SMITH, JR.
CHIEF UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF TEXAS