IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | |
|---|---|
| CHRISTOPHER ANDRE VIALVA,<br>     Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>     Respondent. | §<br>§<br>§   CIVIL NO. W-04-CV-163<br>§<br>§   CRIMINAL NO. W-99-CR-070 (1)<br>§<br>§ |

AND

| | |
|---|---|
| BRANDON BERNARD,<br>     Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>     Respondent. | §<br>§<br>§   CIVIL NO. W-04-CV-164<br>§<br>§   CRIMINAL NO. W-99-CR-070 (2)<br>§<br>§ |

## JUDGMENT

In accordance with the Memorandum Opinion and Order heretofore entered in this case, the Court enters its Judgment as follows:

**IT IS ORDERED, ADJUDGED and DECREED** that the Motions to Vacate, Set Aside or Correct Sentence filed by Christopher Andre Vialva and Brandon Bernard are **DENIED** and these actions are **DISMISSED**.

**SIGNED** this **28** day of September, 2012.

_____
WALTER S. SMITH, JR.
United States District Judge