

DECEMBER 2007

This article is in the news archives — for current news go to the Third Branch News.

## Judicial Milestones

**Appointed: Jennifer Walker Elrod**, as U.S. Court of Appeals Judge, U.S. Court of Appeals for the Fifth Circuit, October 23.

**Appointed: Leslie H. Southwick**, as U.S. Court of Appeals Judge, U.S. Court of Appeals for the Fifth Circuit, October 30.

**Appointed: Sharion Aycock**, as U.S. District Judge, U.S. District Court for the Northern District of Mississippi, October 29.

**Appointed: Robert M. Dow, Jr.**, as U.S. District Judge, U.S. District Court for the Northern District of Illinois, December 6.

**Appointed: Richard A. Jones**, as U.S. District Judge, U.S. District Court for the Western District of Washington, October 30.

**Appointed: Reed Charles O'Connor**, as U.S. District Judge, U.S. District Court for the Northern District of Texas, November 26.

**Appointed: B. Dwight Goains, as U.S. Magistrate Judge**, U.S. District Court for the Western District of Texas, November 10.

**Appointed: James R. Klindt, as U.S. Magistrate Judge**, U.S. District Court for the Middle District of Florida, October 31.

**Appointed: Lynne A. Sitarski, as U.S. Magistrate Judge**, U.S. District Court for the Eastern District of Pennsylvania, October 29.

**Elevated: U.S. Court of Appeals Judge Alex Kozinski**, to Chief Judge, U.S. Court of Appeals for the Ninth Circuit, succeeding U.S. Court of Appeals Judge Mary M. Schroeder, December 1.

**Elevated: U.S. District Judge Sidney A. Fitzwater**, to Chief Judge, U.S. District Court for the Northern District of Texas, succeeding U.S. District Judge A. Joe Fish, November 13.

**Senior Status: U.S. District Judge A. Joe Fish**, U.S. District Court for the Northern District of Texas, November 12.

**Senior Status: U.S. District Judge Allen Sharp**, U.S. District Court for the Northern District of Indiana, November 1.

**Retired: U.S. Magistrate Judge Durwood Edwards**, U.S. District Court for the Western District of Texas, November 9.

**Resigned: U.S. District Judge Paul G. Cassell**, U.S. District Court for the District of Utah, November 5.

**Resigned: U.S. Bankruptcy Judge Steven H. Friedman**, U.S. Bankruptcy Court for the Southern District of Florida, November 2.

**Deceased: U.S. Senior Court of Appeals Judge Wilson Cowen**, U.S. Court of Appeals for the Federal Circuit, October 28.

**Deceased: U.S. Senior Court of Appeals Judge Thomas J. Meskill**, U.S. Court of Appeals for the Second Circuit, October 29.

**Deceased: U.S. Senior Court of Appeals Judge James L. Oakes**, U.S. Court of Appeals for the Second Circuit, October 13.

**Deceased: U.S. Bankruptcy Judge George L. Proctor**, U.S. Bankruptcy Court for the Middle District of Florida, November 18.

Attachment 1 - Page 1 of 1