# Western District of Texas

## u.s. district court    u.s. pretrial services

---

## Judges' Contact and Biography Information

### U.S. District Judge Walter S. Smith, Jr.

Return to List

### Contact Information:

**Division/Office:**
Waco Division
**Current Position:**
U.S. District Judge
**Address:**
800 Franklin Ave., Waco, TX 76701
**Chambers Phone No.:**
(254) 750-1519
**Fax No.:**
(254) 750-1516
**Courtroom Deputy:**
Ms. Cheryl Willis
**Courtroom Deputy Phone No.**
(254) 750-1510
**Courtroom Deputy Email Address:**
Cheryl_Willis@txwd.uscourts.gov
**Court Reporter:**
Assigned Court Reporter for U.S. District Judge Smith, Jr.
**Courtroom Policy:**
No

### Biographical Information:

**Year Service Began:**
1984
**Appointed By:**
President Ronald Reagan
**Education:**
B.A. Baylor University, 1964

J.D. Baylor School of Law, 1966

**Judicial Experience:**
Chief U.S. District Judge, 2003-2010

Judge 54th District Court, McLennan County, 1980-1983

Attachment 2 - Page 1 of 2

Part-time Magistrate Judge, Western District of Texas, 1983-1984

**Legal Practice:**

Dunnam & Dunnam, 1966-1969

Wallace & Smith, 1969-1978

Haley, Fulbright, Winniford, and Bice, 1978-1980

**Other:**