IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. W-09-CR-120 (1) |
| | § | |
| CHRISTOPHER ANDRE VIALVA | § | |

GOVERNMENT'S MOTION FOR EXTENSION OF TIME

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the United States of America, by and through the United States Attorney for the Western District of Texas, and requests an enlargement of time to file responses to Defendant's Motions, and would show the Court as follows:

On October 26, 2012, a Motion to Alter or Amend Judgment and a Motion to Reconsider Denial of Motion for Discovery and of Motion for Evidentiary Hearing were entered in this cause on behalf of the Defendant, CHRISTOPHER ANDRE VIALVA.

In order to properly research and prepare responses to the Defendant's motions, the Government is seeking an additional 30 days to complete its responses. The United States Attorney's Office respectfully requests that the date for its responses be extended to December 10, 2012.

WHEREFORE, PREMISES CONSIDERED, the United States prays that the Court grant this motion.

Respectfully submitted,

ROBERT PITMAN
United States Attorney
/s/ *Mark L. Frazier*

By:  MARK L. FRAZIER
Assistant United States Attorney
800 Franklin, Suite 280
Waco, TX 76701

CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of November, 2012, a true and correct copy of the

foregoing instrument was electronically filed with the Clerk of the Court using the CM/EF

System, which will transmit notification of such filing to the following CM/ECF participant:

Susan M. Otto
Attorney at Law
Oklahoma City, Oklahoma


/s/ *Mark L. Frazier*

MARK L. FRAZIER
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA     §

§

v.     §     CRIMINAL NO. W-09-CR-120 (1)

§

CHRISTOPHER ANDRE VIALVA     §

## ORDER

This matter having come before the Court on Government's Motion for Extension of Time,

and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that the Government's Motion is GRANTED, and responses to

the Defendant's motions are due by December 10, 2012.

SIGNED AND ENTERED this _____ day of November, 2012.

_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE