

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA  §
                          §
v.                        §    CRIMINAL NO. W-99-CR-070( 1 )
                          §
CHRISTOPHER ANDRE VIALVA  §

ORDER

This matter having come before the Court on Government's Motion for Extension of Time,

and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that the Government's Motion is GRANTED, and responses to

the Defendant's motions are due by December 10, 2012.

SIGNED AND ENTERED this ____13____ day of November, 2012.

_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE