**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. W-99-CR-70(1)** |
| | § | **CIVIL NO. 04-CV-163** |
| **CHRISTOPHER ANDRE VIALVA.** | § | **DEATH PENALTY CASE** |

**NOTICE OF INTENT TO FILE REPLY**

**TO THE HONORABLE COURT:**

Christopher Andre Vialva, by and through the undersigned counsel, respectfully advises the Court and opposing counsel of his intention to file a Reply to the United States's Response[1] to his Motion to Alter or Amend Judgment[2]. Counsel acknowledges the Local Court Rules address motions filed pursuant Title 28, United States Code, Section 2255 in the context of civil actions. Local Court Rules CV-3(b). Pursuant the Local Rules, a party is allowed to file a reply in support of a motion, but the Court "need not wait for a reply before ruling on a motion." Local Court Rules CV-7(f)(1) and (2). Counsel for Mr. Vialva respectfully requests this Court to delay ruling on his Motion to Alter or Amend Judgment until he has filed a Reply to the United States's Response.

---

[1]Doc. 464.

[2]Doc. 454.

Any reply must be filed within seven days after the filing of response.  Local Court Rules CV-7(f)(2).  Mr. Vialva's Reply is due December 13, 2012, seven calendar days from the filing of the United States's Response.  Fed.R.Civ.P., Rule 6 (a).

The United States has advanced argument and cited case law in support of its opposition to Mr. Vialva's Motion.  Allowing Mr. Vialva the opportunity to respond to the United States's contentions will not substantially delay the disposition of the Motion.  The issues presented in this capital post conviction proceeding are complex and highly consequential.  Mr. Vialva should be afforded the opportunity to reply, as permitted by the Local Court Rules, prior to the Court's determination of the contested Motion to Alter or Amend Judgment.

Respectfully submitted,

/*Susan M. Otto*
SUSAN M. OTTO
Oklahoma Bar # 6818
Federal Public Defender Organization
Western District of Oklahoma
215 Dean A. McGee   Suite 109
Oklahoma City, Oklahoma 73102
Telephone: 405 609-5930 Telefacsimile: 405 609-5932
Electronic Mail: Susan_Otto@fd.org
COUNSEL FOR DEFENDANT/MOVANT
CHRISTOPHER ANDRE VIALVA

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of December, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Mark Frazier
Assistant United States Attorney
800 Franklin, Suite 280
Waco, Texas 76701
Counsel for Plaintiff/Respondent United States of America; and

Rob Owen
P.O. Box 40428
Austin, Texas 78704
Counsel for Brandon Bernard.

                    */Susan M. Otto*
                    SUSAN M. OTTO