**IN THE UNITED STATES DISTRICT COURT  FOR THE**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CRIMINAL NO. W-99-CR-70(1) |
| | § | *DEATH PENALTY CASE* |
| CHRISTOPHER ANDRE VIALVA. | § | |

**MOTION FOR APPOINTMENT OF SUBSTITUTE COUNSEL**
**AND BRIEF IN SUPPORT**

Christopher Andre Vialva, by and through his court-appointed counsel, Susan M. Otto, Federal Public Defender for the Western District of Oklahoma, respectfully requests this Court appoint Jared Tyler, Attorney at Law, as substitute counsel for Lisa S. McCalmont, who is deceased.  Substitution of counsel is necessary, would serve the ends of justice, and is authorized by Title 18, United States Code, Section 3599(a)(2) and (c) and by the *Guide to Judiciary Policies and Procedures,* Volume 7,  Part A, Chapter 6, Sections 620.10.20(b) and 620.50.  Mr. Vialva has been notified of this request.  He consents to and requests the substitution of Mr. Tyler for Ms. McCalmont.  As set forth more fully below, Mr. Tyler is qualified to represent Mr. Vialva in this litigation.  In support of this Motion, counsel certifies to the Court as follows.

The Office of the Federal Public Defender for the Western District of Oklahoma was appointed to represent the Defendant/Movant, Christopher Vialva, August 18, 2003.  Doc. 355.  The undersigned entered her appearance August 20, 2003.  Doc. 356.   Through counsel, Mr. Vialva requested leave for Lisa S. McCalmont to appear as counsel *pro hac*

*vice*.  Doc. 361.  The motion was granted (Doc. 363) and Ms. McCalmont, who was then employed as an Assistant Federal Public Defender for the Western District of Oklahoma, entered her appearance (Doc. 364).

Ms. McCalmont and the undersigned prepared and filed Mr. Vialva's Motion to Vacate (Doc. 372) and related pleadings (Docs. 362, 367, 368, 372-376, 382, 386, 389, 400, 404, 408-410, 415, 423, 425, 427-429, and 431).  Thereafter, Ms. McCalmont ended her employment with the Federal Public Defender Office.  Ms. McCalmont did not request leave to withdraw from the case.  She duly notified the Court of her change of address.

Ms. McCalmont died November 1, 2007.  At the time of Ms. McCalmont's death, she was working with the Death Penalty Clinic at the University of California School of Law at Berkeley.  No other attorneys serving in the Office of the Federal Public Defender for the Western District of Oklahoma entered their appearance as co-counsel with the undersigned.

This Court denied Mr. Vialva's Motion to Vacate, Request for a Certificate of Appealability, related motions, and entered judgment September 28, 2012, without conducting an evidentiary hearing or oral argument.  Doc. 449, 450.  The undersigned filed a Motion to Amend Judgment (Doc. 454) and a Motion for Reconsideration (Doc. 455). Following additional briefing, the Court denied the motions February 8, 2013.  Doc. 473. Counsel must perfect an appeal to the United States Court of Appeals for the Fifth Circuit within 60 days of the Court's final order, on or before April 9, 2013.  Until the Notice of Appeal is filed, this Court retains jurisdiction to consider this Motion.

The law provides that in "any post conviction proceeding under section 2254 or 2255 of Title 28, United States Code, seeking to vacate or set aside a death sentence, any defendant who is or becomes financially unable to obtain adequate representation or investigative, expert, or other reasonably necessary services shall be entitled to the appointment of one or more attorneys and the furnishing of such other services in accordance with subsections (b) through (f)," 18 U.S.C. § 3599(a)(2), and that, "[u]nless replaced by similarly qualified counsel . . . each attorney so appointed shall represent the defendant throughout every subsequent stage of available judicial proceedings, including . . . all available post-conviction process . . . ." *Id.* § 3599(e). United States Magistrate Judge Dennis G. Green found Mr. Vialva was financially qualified for the appointment of counsel at his initial appearance June 23, 1999. Doc. 4. Mr. Vialva has been represented by counsel appointed pursuant the Criminal Justice Act throughout these proceedings. His status as an indigent has never been challenged by the United States. Mr. Vialva is confined on death row at the United States Penitentiary, Terre Haute, Indiana. He remains financially unable to retain counsel to represent him in these post-conviction proceedings.

The undersigned has been admitted to the United States Court of Appeals for the Fifth Circuit. Counsel intends to continue representing Mr. Vialva through the appeal of the Court's denial of post-conviction relief and at any further proceedings that may ensue. None of the Assistant Federal Public Defenders currently serving in the Western District of Oklahoma are admitted to practice in Texas or the United States Court of Appeals for the

Fifth Circuit. Further, none of the Assistants have experience representing clients in federal capital post-conviction proceedings initiated pursuant Title 28, United States Code, Section 2255. These circumstances have the effect of leaving Mr. Vialva with only one counsel.

In order to ensure Ms. McCalmont is "replaced by similarly qualified counsel," in conformity with the statutory requirements of Section 3599(e), the undersigned counsel requests this Court enter an order substituting Jared Tyler as co-counsel under the Criminal Justice Act. Counsel submits Mr. Tyler's professional qualifications and experience satisfy the statutory requirements of Title 18, United States Code, Section 3599(c). Mr. Tyler's professional qualifications are detailed in his Declaration, appended as Attachment 1. Substitution of appointed counsel at this juncture will ensure compliance with 18 U.S.C. § 3599(e) and the *Guide to Judiciary Policies and Procedures,* Volume 7, Part A, Chapter 6, Sections 620.50, approved by the Judicial Conference of the United States, which recommends that "at least two counsel" be appointed in capital habeas proceedings "[d]ue to the complex, demanding, and protracted nature of death penalty proceedings." *Id*. at section 620.10.20(b).

A proposed Order, granting the relief requested, is being submitted for the Court's consideration, in conformity with Local Rules CV-7(g) and CR-47(a)(2), as Attachment 2.

Respectfully submitted,

/*Susan M. Otto*
SUSAN M. OTTO
Oklahoma Bar # 6818
Federal Public Defender Western District of Oklahoma
215 Dean A. McGee   Suite 109
Oklahoma City, Oklahoma 73102
Telephone: 405 609-5930 Telefacsimile: 405 609-5932
COUNSEL FOR DEFENDANT/MOVANT
CHRISTOPHER ANDRE VIALVA

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Mark Frazier
Assistant United States Attorney
800 Franklin, Suite 280
Waco, Texas 76701
counsel for Plaintiff/Respondent United States of America; and

Rob Owen
P.O. Box 40428
Austin, Texas 78704
counsel for Brandon Bernard.

/*Susan M. Otto*
SUSAN M. OTTO

5

**IN THE UNITED STATES DISTRICT COURT  FOR THE**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. W-99-CR-70(1)** |
| | § | *DEATH PENALTY CASE* |
| **CHRISTOPHER ANDRE VIALVA.** | § | |

**ORDER**

This matter is before the Court on the motion of Defendant/Movant Christopher Andre Vialva requesting the substitution of Jared Tyler for Lisa S. McCalmont as co-counsel in this case, based on the death of Ms. McCalmont.  The Court finds the motion should be and is hereby granted.  Substitution of counsel is necessary and authorized by Title 18, United States Code, Section 3599(a)(2) and (c) and by the *Guide to Judiciary Policies and Procedures,* Volume 7,  Part A, Chapter 6, Sections 620.10.20(b) and 620.50.

It is the Order of the Court that Jared Tyler is substituted as co-counsel in this case pursuant the Criminal Justice Act and the provisions of Title 18, United States Code, Section 3599.

It is so Ordered this      day of February, 2013.

_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE