## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. W-99-CR-70(1)** |
| | § | **CIVIL NO. 04-CV-163** |
| **CHRISTOPHER ANDRE VIALVA.** | § | |

### DECLARATION

I, Jared Tyler, being of legal age, do hereby aver and state:

1)    I was admitted to the Bar of the State of Texas in 2003, No. 24042073, and remain a member in good standing;

2)    In addition to the Bar of the State of Texas, I am admitted to and a member in good standing in the following Courts:

    a)    United States Court of Appeals for the Fifth Circuit (2005);
    b)    United States Supreme Court (2009);
    c)    United States District Court, S.D. Texas (2005);
    d)    United States District Court, E.D. Texas (2007)

3)    I have never been disciplined by any court or administrative body, been held in contempt by any court or administrative body, or reprimanded in any manner by a State Bar, Association, or Court;

4)    I am experienced in capital post conviction process in Federal court. I represented the following clients in post conviction proceedings initiated pursuant Title 28, United States Code, Section 2254:

    a)    *Jeffery Wood v. Douglas Dretke,* W.D. Texas, San Antonio, 5:01-cv-004423-OLG;
    b)    *Rolando Ruiz v. Nathaniel Quarterman*, W.D. Texas, San Antonio,

c)   *Frances Newton v. Douglas Dretke,* S.D. Texas, Houston,  4:05-cv-03048;

d)   *Allen Bridgers v. Director, Texas Department of Criminal Justice*, E.D. Texas, Sherman, 4:07-cv-00479-RAS;

e)   *Shelton Jones v. Rick Thaler*, S.D. Texas, Houston, 4:09-cv-0182.

I have represented the following clients in proceedings initiated pursuant Title 42, United States Code, Section 1983, in litigation ancillary to the administration of the sentence of death by the State of Texas:

a)   *Bobby Hines, et. al. v. Brad Livingston, et. al.*, S.D. Texas, Houston, 4:03-cv-05594;

b)   *Gregory Summers v. Brad Livingston*, W.D. Texas, Austin, 1:06-cv-00844-LY;

c)   *Angel Resendiz v. Brad Livingston*, S.D. Texas, Houston, 4:06-cv-00818;

d)   *Willie Pondexter v. Brad Livingston*, et. al., E.D. Texas, Tyler, 6:09-cv-00065.

5)   I have submitted appellate briefs and/or presented oral argument to the United States Court of Appeals for the Fifth Circuit in the following capital habeas cases:

a)   *Rolando Ruiz v. Nathaniel Quarterman*, No. 07-70025

b)   *Jeffery Wood v. Nathaniel Quarterman*, No. 09-70011

c)   *Shelton Jones v. Rick Thaler*, No. 11-70007

d)   *Jeffery Wood v. Rick Thaler*, No. 11-70018

6)   I am available and willing to serve as co-counsel in the appeal of the captioned post conviction proceedings;

7)   I am not employed by any federal or state agency from which I will receive compensation for my services if appointed in this case;

8)   I have never served in any capacity as a licensed attorney, legal intern, or any other employment that would constitute a conflict of interest or that would present an appearance of impropriety if I am appointed as co-counsel in this case;

9)      I understand that by accepting an appointment in this case, I am agreeing that I will continue to serve as counsel for Christopher Andre Vialva throughout every subsequent stage of all judicial proceedings, including proceedings for executive clemency, unless I am replaced by similarly qualified counsel.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Dated this 11th day of February, 2013.

_____

Jared Tyler