## United States District Court
## Western District of Texas
## Waco Division

William G. Putnicki                                           800 Franklin, Room 380
Clerk of Court                                               Waco, Texas 76701

May 13, 2013

Honorable Lyle W. Cayce, Clerk
United States Court of Appeals, Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3479

RE: USA V VIALVA          W-99-CR-70(01)     APPEAL NO. 13-70016

     In connection with this appeal, the following documents are transmitted.  Please acknowledge receipt on the enclosed copy of this letter.

\_\_\_\_\_    Certified copy of the Notice of Appeal and docket entries.

\_\_\_\_\_    Certified copy of Notice of Cross-Appeal and docket entries.

\_\_\_\_\_    Judgment and Commitment Order has not been entered.

__X__    Record on appeal consisting of __2__ Electronic Volume of the Record, __11__ Paper Volume of the Record, __20__ Volumes of Transcript.  ROA contained in one box and Transcripts contained in separate box.

\_\_\_\_\_    Supplemental record consisting of ____ Volume of the Record

\_\_\_\_\_    Copy of CJA-20 appointing counsel.

__X__    Other: Envelope containing 24 Sealed Envelopes containing Sealed Documents:46, 55, 61, 62, 64, 65, 68, 75, 78, 120, 157, 199, 214, 216, 217, 223, 224, 226, 227, 230, 234, 235, 261, 262, 270, 281, 368, 370, 389, 422 and Sealed Pre-Trial Hearing Proceeding Sheet.

\_\_\_\_\_    The Court of Appeals docket fee HAS ____ HAS NOT ____ been paid.

\_\_\_\_\_    This case is proceeding In Forma Pauperis.

\_\_\_\_\_    Although the Court of Appeals docket fee was not paid at the time of the Notice of Appeal was filed, it was paid on _____.

\_\_\_\_\_    District Judge/Magistrate entering this final judgment is _____.

\_\_\_\_\_    Court Reporter assigned to this case is _____.

\_\_\_\_\_    If criminal case, names and numbers of other defendants are _____

\_\_\_\_\_    This case was decided without a hearing.  There will be no transcript.

Sincerely,

Amber L. Ditto
Deputy Clerk



ENTRY 1  UPS  GROUND TRACKING NUMBER  1Z E2E 648 03 1008 524 6

ENTRY 2  UPS  GROUND TRACKING NUMBER  1Z E2E 648 03 1008 525 5