DEATH PENALTY

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

FILED

AUG 2 2 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY

No. 13-70013

DEATH PENALTY CASE

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

BRANDON BERNARD,

Defendant - Appellant

Appeal from the United States District Court for the
Western District of Texas, Waco

O R D E R :

IT IS ORDERED that Appellee's opposed motion to consolidate appeals 13-70013 and 13-70016 is GRANTED.

IT IS FURTHER ORDERED that Appellee's unopposed alternative request for an extension of time, to and including November 19, 2013, for leave to file a response to the motion for certificate of appealability is GRANTED.

/s/ Edith H. Jones
EDITH H. JONES
UNITED STATES CIRCUIT JUDGE

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
        Deputy  8/14/13
New Orleans, Louisiana

**DEATH PENALTY**

*United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 14, 2013

**FILED**

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

AUG 2 2 2013

    No. 13-70013   USA v. Brandon Bernard
        USDC No. 6:04-CV-164
        USDC No. 6:99-CR-70-2
        USDC No. 6:04-CV-163
        USDC No. 6:99-CR-70-1

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

CONSOLIDATED WITH

    No. 13-70016 USA v. Christopher Vialva
        USDC No. 6:04-CV-163
        USDC No. 6:99-CR-70-1

Enclosed is an order entered in these cases.

The court has granted the motion to consolidate, and has also granted an extension of time until November 14, 2013, for filing a response to the motion for certificate of appealability (COA).

As a reminder, Mr. Vialva's motion for COA and brief in support are due for filing on August 28, 2013. Once these documents are filed, the same response deadline of November 14, 2013 will apply as only one response is now necessary in light of consolidation.

Also, please see below for the revised caption for use on all future filings.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By:_____
                Mary Frances Yeager, Deputy Clerk
                504-310-7686

Mr. John Robert Carpenter
Mr. Joseph H. Gay Jr.
Ms. Susan M. Otto
Mr. Robert Charles Owen
Mr. William Putnicki
Mr. Jared Tyler

13-70013 UNITED STATES OF AMERICA,

        Plaintiff - Appellee

v.

BRANDON BERNARD,

        Defendant - Appellant


CONSOLIDTED WITH 13-70016

UNITED STATES OF AMERICA,

        Plaintiff - Appellee

v.

CHRISTOPHER ANDRE VIALVA

        Defendant - Appellant