# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 19, 2014

**FILED**

**AUG 2 1 2014**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

Mr. William Putnicki
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

        No. 13-70016    USA v. Christopher Vialva
                        USDC No. 6:04-CV-163
                        USDC No. 6:99-CR-70-1

Dear Mr. Putnicki,

The following is(are) returned:

Original Record on Appeal,    ( 33 ) Vols.

Original Exhibits,        ( ) Box    (24) Sealed Envs.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By:_____
                        Monica R. Washington, Deputy Clerk
                        504-310-7705

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 19, 2014

**FILED**

AUG 2 1 2014

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
                              DEPUTY

Mr. William Putnicki
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

        No. 13-70013   USA v. Brandon Bernard
                       USDC No. 6:04-CV-164
                       USDC No. 6:99-CR-70-2
                       USDC No. 6:04-CV-163
                       USDC No. 6:99-CR-70-1

Dear Mr. Putnicki,

The following is(are) returned:

Original Record on Appeal,    ( 29 ) Vols.

Original Exhibits,        ( ) Box    (8) Sealed Envs.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Monica R. Washington, Deputy Clerk
                    504-310-7705