# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

February 29, 2016

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

      Re:   Christopher Andre Vialva
            v. United States
            No. 14-8112
            (Your No. 13-70016)

Dear Clerk:

      The Court today entered the following order in the above-entitled case:

      The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

Case 6:09-cr-00070-ADA   Document 497   Filed 02/29/16   Page 2 of 2

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 29, 2016

Ms. Jeannette Clack
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

      No. 13-70016    USA v. Christopher Vialva
                      USDC No. 6:04-CV-163

Dear Ms. Clack,

Enclosed is a copy of the Supreme Court order denying certiorari.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        *Lisa G Landry*

                        By: _____
                        Lisa G. Landry, Deputy Clerk
                        504-310-7649