UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO:  WA:99-CR-00070(1)-RP |
| | § | |
| (1) Christopher Andre Vialva | § | |

## ORDER OF RECUSAL

This case was assigned to the docket of the undersigned on September 19, 2016.  Pursuant to the dictates of Canon 3C of the Code of Conduct For United States Judges and pursuant to 28 U.S.C. § 455(b)(3), the Court finds recusal from this matter is appropriate.

Accordingly, it is ORDERED that the above-referenced cause be removed from the docket of the undersigned and reassigned to the Honorable Lee Yeakel.  Pursuant to the most current Order Assigning the Business of the Court, the Clerk shall credit this case to the percentage of business of the receiving Judge.

Signed this 16th day of October, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE