**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | **CAPITAL CASE** |
| **v.** | § | **CRIMINAL NO. W-99-CR-70(1)** |
| | § | **CIVIL NO. 04-CV-163** |
| **CHRISTOPHER ANDRE VIALVA.** | § | |

**NOTICE OF APPEAL**

**TO THE HONORABLE COURT:**

Christopher Andre Vialva, by and through the undersigned counsel, hereby appeals

to the United States Court of Appeals for the Fifth Circuit from the Order[1] and Final

Judgment[2] dismissing without prejudice his *Motion for Relief from Judgment Pursuant Rule*

*60(b), Federal Rules of Criminal Procedure,*[3] entered December 20, 2017, and from each and

every subsidiary adverse ruling and finding forming the bases for said order.

Mr. Vialva has been represented throughout these proceedings by counsel appointed

pursuant the provisions of the Criminal Justice Act, Title 18, United States Code, Section

3006A.[4]   Mr. Vialva remains indigent and financially unable to obtain adequate

representation and other reasonably necessary services.  Continued appointment of counsel

---

[1]Doc. 570.

[2]Doc. 572.

[3]Doc. 553.

[4]Doc. 4 (06/23/1999); and Doc. 355 (08/18/2003).

is authorized pursuant Title 18, United States Code, Section 3599 and this appeal should

proceed *in forma pauperis,* pursuant Rule 24(a)(3), Federal Rules of Appellate Procedure.


Respectfully submitted,

/*Susan M. Otto*
SUSAN M. OTTO   Oklahoma Bar # 6818
Federal Public Defender
MICHAEL LIEBERMAN Oklahoma Bar # 32694
Assistant Federal Public Defender
Western District of Oklahoma
215 Dean A. McGee   Suite 109
Oklahoma City, Oklahoma 73102
Telephone: 405 609-5930
Electronic mail:Susan_Otto@fd.org
Michael_Lieberman@fd.org

JARED TYLER
Texas Bar Association #24042073
Tyler Law Firm, PLLC
P.O. Box 764
Houston, Texas 77001
Telephone: 713 861-4004
Electronic Mail: jptyler@tylerlawfirm.org.
COUNSEL FOR DEFENDANT/PETITIONER
CHRISTOPHER ANDRE VIALVA

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of February, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Mark Frazier
Assistant United States Attorney
800 Franklin, Suite 280
Waco, TX 76701
*Counsel for United States*

Mr. David K. Sergi
Mr. Anthony Fusco
Sergi & Associates, P.C.
329 S. Guadalupe
San Marcos, TX 78666
*Counsel for Tony Sparks*

Mr. Rob Owen
Bluhm Legal Clinic
Northwestern University School of Law
375 East Chicago Ave.
Chicago, IL 60611

Mr. John Carpenter
Assistant Federal Public Defender
Eastern District of Washington
1331 Broadway, Ste. 400
Tacoma, WA 98402
*Counsel for Brandon Bernard*

*/Susan M. Otto*
SUSAN M. OTTO