**TRANSCRIPT ORDER FORM -** <span style="color:red">**READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**</span>

District Court: Western District of Texas, Waco     District Court Docket No. 99-cr-00070-LY

Short Case Title: USA v. Vialva et al

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: _____

Date Notice of Appeal Filed by Clerk of District Court: Feb. 18, 2018     Court of Appeals No.: 18-70007

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)
**A. Complete the Following:**
■No Hearings ■Transcript is unnecessary for appeal purposes ☐Transcript is already on file in the Clerk's Office
**OR**
**Check All of the Following that Apply, Include date of the proceeding.**
This is to Order a Transcript of the following proceedings: ☐Bail Hearing: _____ ☐Voir Dire:_____
☐Opening Statement of Plaintiff:_____ ☐Opening Statement of Defendant:_____
☐Closing Argument of Plaintiff:_____ ☐Closing Argument of Defendant:_____
☐Opinion of court:_____ ☐Jury Instructions:_____ ☐Sentencing:_____

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

<span style="color:red">**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**</span>

**B. This is to certify that satisfactory financial arrangements have made. Method of Payment:**
☐Private Funds; ☐Criminal Justice Act Funds (**Enter Authorization-24 to USDC eVoucher**);
☐Other IFP Funds; ☐Advance Payment waived by reporter; ☐U.S. Government Funds

☐Other_____

Signature s/ Jared Tyler _____ Date Transcript Ordered Feb. 26, 2018
Print Name Jared Tyler _____ Phone: 713-222-7788
Counsel for Christopher Vialva
Address P.O. Box 764, Houston, Texas, 77001

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and filed with the Court of Appeals within 7 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | If arrangements not yet made, date contact made w/ ordering party | Estimated Completion Date | Estimated number of Pages |
|---|---|---|---|
| | | | |

   ☐Satisfactory Arrangements for payment were made on _____
   ☐ Payment Arrangements have NOT been made. Reason: ☐Deposit not received ☐Unable to contact ordering party

     ☐Other (Specify)_____

Date:_____ Signature of Reporter:_____ Tel._____
Email of Reporter:_____ Address of Reporter:_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court and this completed form e-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages: _____ Actual Number of Volumes:_____

Date: _____ Signature of Reporter:_____