## MISCELLANEOUS

CASE NO. __W-99-CR-070__          LOCATION: __WACO DIVISION, W/D TX__

**DEFENDANT'S NAME:**              **ATTORNEY FOR DEFENDANT:**
#1 __CHRISTOPHER ANDRE VIALVA__    #1 __STANLEY L. SCHWEIGER & B. DWIGHT GOAINS (A)__

#2 __BRANDON BERNARD__             #2 __RUSSELL D. HUNT, SR. AND JR. (A)__

#3 _____          #3 _____

#4 _____          #4 _____

JUDGE: __WALTER S. SMITH, JR.__    AUSA: __MARK L. FRAZIER and SCOTT L. FROST__

DEPUTY CLERK: __JOY FLOWERS__      INTERPRETER: [ ] YES  [X] NO
DEPUTY MARSHAL(S): __MIKE McNAMARA, ET AL.__
COURT REPORTER: __MORRIS W. BOWEN__  PROBATION OFFICER: _____
                                   PRETRIAL OFFICER: __PHIL REYNA__
DATE: __April 28, 2000__           TIME: __1:00-2:20__

Pretrial hearing held. Judge Smith informed counsel that copies of approximately 250 juror questionnaires are boxed and ready for them to take to their offices. He asked that they inform him of their objections by May 5. Various motions were heard and granted, denied, or taken under advisement. Orders will follow.