# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 13, 2020

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

> Re:  Christopher Andre Vialva
>       v. United States
>       No. 18-1222
>       (Your No. 18-70007)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 13, 2020

Ms. Jeannette Clack
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

      No. 18-70007   USA v. Christopher Vialva
                     USDC No. 6:04-CV-163
                     USDC No. 6:04-CV-164

Dear Ms. Clack,

Enclosed is a copy of the Supreme Court order denying certiorari.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Stacy M. Carpenter, Deputy Clerk