IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. W-99-CR-070 (1) |
| | ) | (Capital Case) |
| | ) | |
| CHRISTOPHER ANDRE VIALVA. | ) | |

## **GOVERNMENT'S NOTICE REGARDING EXECUTION DATE**

The United States hereby notifies the Court that the Director of the

Federal Bureau of Prisons, upon the direction of the Attorney General, has

scheduled the execution of Christopher Andre Vialva, in accordance with 28

C.F.R. Part 26, to take place on September 24, 2020.

Respectfully submitted,

JOHN F. BASH
United States Attorney

By:   /s/Mark L. Frazier
MARK L. FRAZIER
Assistant United States Attorney

Dated: July 31, 2020

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Texas using the CM/ECF system on July 31, 2020. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/Mark L. Frazier
MARK L. FRAZIER
Assistant United States Attorney