IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA     *

                                          *

V.                                      *     CRIMINAL NO.   W-99-CR-070

                                          *

CHRISTOPHER ANDRE        *
   VIALVA (1)                   *
BRANDON BERNARD (2)      *

GOVERNMENT'S MOTION TO RELEASE SEALED AND RESTRICTED DOCUMENTS

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the United States of America, by and through the United States Attorney for the Western District of Texas, and files this Motion to Release Sealed and Restricted Documents, and in support of its motion, would show the Court as follows:

On June 13, 2000, Defendants Christopher Andre Vialva and Brandon Bernard were found guilty of the offenses of *Carjacking*, *Conspiracy to Commit Murder* and *First Degree Murder*. Both were sentenced to death for their roles in the murder of Todd and Stacie Bagley at the Fort Hood Military Reservation in 1999.

On July 31, 2020, the Attorney General directed the Director of the Federal Bureau of Prisons to schedule the execution of Christopher Andre Vialva. The execution is scheduled for September 24, 2020.

During the proceedings in this cause, a number of sealed and restricted documents were filed with the Court. In anticipation of expected litigation prior to September 24, the United States requests that it be provided with an electronic copy of each sealed and restricted document filed in this cause as to Defendants Christopher Andre Vialva and Brandon Bernard. The United States

intends to use the documents, if needed, in connection with any future proceedings involving Christopher Andre Vialva.

The United States is requesting all of the sealed and restricted documents as to both Defendants, who were tried together. Because some of that information pertains to both Defendants, the United States wants to ensure that it has in its possession all of the information on file that could be potentially responsive to any inquiry during litigation.

The docket entries for the sealed and restricted documents is attached as Exhibit 1.

WHEREFORE, the Government moves the Court to grant this motion.

Respectfully submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

/s/ Mark L. Frazier

By:    MARK L. FRAZIER
       Assistant United States Attorney
       800 Franklin, Suite 280
       Waco, TX   76701
       (254) 750-1580

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 13th day of August, 2020, a true and correct copy of the

foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF

System which will transmit notification of such filing to the following CM/ECF participant:

Susan M. Otto                                   Robert C. Owen
Attorney at Law                                 Attorney at Law
(Attorney for Vialva)                           (Attorney for Bernard)



/S/ Mark L. Frazier

By:    MARK L. FRAZIER
       Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA            *
                                    *
V.                                  *    CRIMINAL NO. W-99-CR-070
                                    *
CHRISTOPHER ANDRE                   *
    VIALVA (1)                      *
BRANDON BERNARD (2)                 *

ORDER

On this day came on to be considered the Government's Motion to Release Sealed and

Restricted Documents, and the Court being fully advised of the premises, finds said Motion

meritorious.

IT IS HEREBY ORDERED that the Government's Motion be GRANTED/DENIED.

SIGNED this the _____ day of August, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

4