# EXHIBIT 1

| Name | Type | Compressed size | Password ... |
|---|---|---|---|
| 46.pdf | Adobe Acrobat Document | 104 KB | No |
| 55.pdf | Adobe Acrobat Document | 44 KB | No |
| 61.pdf | Adobe Acrobat Document | 40 KB | No |
| 62.pdf | Adobe Acrobat Document | 23 KB | No |
| 63.pdf | Adobe Acrobat Document | 214 KB | No |
| 64.pdf | Adobe Acrobat Document | 58 KB | No |
| 65.pdf | Adobe Acrobat Document | 23 KB | No |
| 68.pdf | Adobe Acrobat Document | 24 KB | No |
| 75.pdf | Adobe Acrobat Document | 264 KB | No |
| 78.pdf | Adobe Acrobat Document | 23 KB | No |
| 120.pdf | Adobe Acrobat Document | 1,462 KB | No |
| 157.pdf | Adobe Acrobat Document | 27 KB | No |
| 199.pdf | Adobe Acrobat Document | 864 KB | No |
| 214.pdf | Adobe Acrobat Document | 81 KB | No |
| 216.pdf | Adobe Acrobat Document | 30 KB | No |
| 217.pdf | Adobe Acrobat Document | 48 KB | No |
| 223.pdf | Adobe Acrobat Document | 51 KB | No |
| 224.pdf | Adobe Acrobat Document | 73 KB | No |
| 226.pdf | Adobe Acrobat Document | 553 KB | No |
| 227.pdf | Adobe Acrobat Document | 23 KB | No |
| 228.pdf | Adobe Acrobat Document | 57 KB | No |
| 229.pdf | Adobe Acrobat Document | 23 KB | No |
| 230.pdf | Adobe Acrobat Document | 76 KB | No |
| 234.pdf | Adobe Acrobat Document | 25 KB | No |
| 235.pdf | Adobe Acrobat Document | 24 KB | No |
| 237.pdf | Adobe Acrobat Document | 134 KB | No |
| 238.pdf | Adobe Acrobat Document | 55 KB | No |
| 239.pdf | Adobe Acrobat Document | 54 KB | No |
| 240.pdf | Adobe Acrobat Document | 38 KB | No |
| 241.pdf | Adobe Acrobat Document | 26 KB | No |
| 257.pdf | Adobe Acrobat Document | 24 KB | No |
| 258.pdf | Adobe Acrobat Document | 24 KB | No |
| 259.pdf | Adobe Acrobat Document | 45 KB | No |
| 261.pdf | Adobe Acrobat Document | 42 KB | No |
| 262.pdf | Adobe Acrobat Document | 49 KB | No |
| 270.pdf | Adobe Acrobat Document | 25 KB | No |
| 281.pdf | Adobe Acrobat Document | 23 KB | No |
| 303.pdf | Adobe Acrobat Document | 32 KB | No |

| File | Type | Size | |
|---|---|---|---|
| 324.pdf | Adobe Acrobat Document | 40 KB | No |
| 334.pdf | Adobe Acrobat Document | 42 KB | No |
| 342.pdf | Adobe Acrobat Document | 1,537 KB | No |
| 354.pdf | Adobe Acrobat Document | 78 KB | No |
| 355.pdf | Adobe Acrobat Document | 69 KB | No |
| 363.pdf | Adobe Acrobat Document | 36 KB | No |
| 366.pdf | Adobe Acrobat Document | 42 KB | No |
| 368.pdf | Adobe Acrobat Document | 305 KB | No |
| 369.pdf | Adobe Acrobat Document | 42 KB | No |
| 370.pdf | Adobe Acrobat Document | 23 KB | No |
| 379.pdf | Adobe Acrobat Document | | |
| 380.pdf | Adobe Acrobat Document | 35 KB | No |
| 383.pdf | Adobe Acrobat Document | 45 KB | No |
| 388.pdf | Adobe Acrobat Document | 44 KB | No |
| 389.pdf | Adobe Acrobat Document | 2,189 KB | No |
| 391.pdf | Adobe Acrobat Document | 2,208 KB | No |
| 395.pdf | Adobe Acrobat Document | 39 KB | No |
| 399.pdf | Adobe Acrobat Document | 31 KB | No |
| 401.pdf | Adobe Acrobat Document | 41 KB | No |
| 406.pdf | Adobe Acrobat Document | 90 KB | No |
| 422.pdf | Adobe Acrobat Document | 59 KB | No |
| 603.pdf | Adobe Acrobat Document | 33 KB | No |
| 604.pdf | Adobe Acrobat Document | 46 KB | No |
| 607.pdf | Adobe Acrobat Document | 46 KB | No |
| 608.pdf | Adobe Acrobat Document | 42 KB | No |
| 611.pdf | Adobe Acrobat Document | 62 KB | No |