**Susan Otto**

**From:** TXW_USDC_Notice@txwd.uscourts.gov
**Sent:** Friday, August 14, 2020 1:30 PM
**To:** cmecf_notices@txwd.uscourts.gov
**Subject:** Activity in Case 6:99-cr-00070-ADA USA v. Vialva et al Advisory to the Court

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court [LIVE]**

**Western District of Texas**

**Notice of Electronic Filing**

The following transaction was entered by Frazier, Mark on 07/31/2020 at 5:01:42 PM CDT and filed on 07/31/2020
**Case Name:**         USA v. Vialva et al
**Case Number:**       [6:99-cr-00070-ADA](#)
**Filer:**             USA
**WARNING: CASE CLOSED on 12/13/2018**
**Document Number:**   [673](#)

**Docket Text:**
**Advisory to the Court *Regarding Execution Date* by USA as to Christopher Andre Vialva (Frazier, Mark)**


**6:99-cr-00070-ADA- 1 Notice has been electronically mailed to:**

Susan M. Otto    susan_otto@fd.org, Pam_Kennedy@fd.org

Jared Tyler    jptyler@tylerlawfirm.org

**6:99-cr-00070-ADA- 1 Notice has been delivered by other means to:**

John Robert Carpenter
Federal Public Defender
1331 Broadway, Suite 400
Tacoma, WA 98402

Joseph H. Gay , Jr
Assistant U.S. Attorney
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216

Mark Frazier
U.S. Attorney's Office
800 Franklin
Suite 280
Waco, TX 76701

Michael R. Hardy
Assistant United States Attorney
601 NW Loop 410
Suite 600
San Antonio, TX 78216-5512

Robert C. Owen
Law Office of Robert C. Owen, LLC
53 W. Jackson Blvd., Suite 1056
Chicago, IL 60604

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=7/31/2020] [FileNumber=23684368-0] [06fb613dcbbc7e64a4a86f27b9413885374804e3e4f46d0f837dfc218d4c1af3d4905780b79209f1e486e74a27979b3e9102e2238e17b88e536a123683c49b6e]]

*This is a re-generated NEF. Created on 8/14/2020 at 1:30 PM CDT*