

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA            *
                                    *
V.                                  *     CRIMINAL NO.   W-99-CR-070 (1)
                                    *
CHRISTOPHER ANDRE VIALVA            *

AGREED MOTION FOR INCLUSION OF DOCUMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the United States of America, by and through the United States Attorney for

the Western District of Texas, and Susan Otto, Counsel of Record for the Defendant, and files this

Agreed Motion for Inclusion of Document, and in support of this motion, would show the

Honorable Court as follows:

I.

On May 9, 2005, Attorney Otto filed a Motion for Leave to Amend [ECF #429] on behalf

of Defendant Vialva in the above styled case.  The Defendant's Motion for Leave was filed

seeking to amend the original Motion to Vacate [ECF #372] to add an additional Ground XII, and

identified as Attachment A (Amended Motion to Vacate, Set Aside, or Correct Sentence by a

Person in Federal Custody Pursuant to Title 28, United States Code, Section 2255, and Brief in

Support).

On September 28, 2012, Honorable Walter S. Smith, Jr. entered an Order [ECF #449]

granting the Defendant's Motion for Leave to File [ECF #429].

II.

In order to digitize records in the United States Clerk's Office for the Western District of Texas, Waco Division, original hand-filed documents from older cases, including the above styled case, were scanned into the Electronic Court Filing System [ECF].   During a review of the ECF documents in this case, it was discovered that Attachment A, originally appended to ECF #429, was not included in the electronic filing system.

III.

To have a complete and accurate record in this matter, the parties hereby move this Honorable Court to allow Attachment A, Amended Motion to Vacate, attached hereto as Exhibit 1, to be made a part of the records of the Motion for Leave to Amend [ECF #429] in this cause.

WHEREFORE, the parties herein move the Court to grant this motion.

Respectfully submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

By:    MARK L. FRAZIER
Assistant United States Attorney
800 Franklin, Suite 280
Waco, TX   76701
(254) 750-1580

AGREED:

SUSAN M. OTTO
Federal Public Defender
Counsel for Defendant Vialva

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 18th day of August, 2020, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant:

Susan M. Otto
Attorney at Law
(Attorney for Vialva)

By:    MARK L. FRAZIER
       Assistant United States Attorney