FILED

AUG 1 9 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA      *

     *

V.      *     CRIMINAL NO. W-99-CR-070 (1)

     *

CHRISTOPHER ANDRE VIALVA      *

## AGREED ORDER

On this day came on to be considered the Agreed Motion for Inclusion of Document, and

the Court being fully advised of the premises, finds said Motion meritorious.

IT IS HEREBY ORDERED that this Agreed Motion for Inclusion of Document shall be

GRANTED and Exhibit 1, attached hereto and originally appended to the Motion for Leave to File

[ECF #429], shall be included as an attachment to ECF #429 and made a part of the record of this

case.

SIGNED this the 19 day of August, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

AGREED:

_____
MARK L. FRAZIER
Assistant United States Attorney

_____
SUSAN M. OTTO
Federal Public Defender
Counsel for Defendant Vialva