**FILED**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION** ☑

AUG 19 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

USA

vs.                                        Case No.:  6:99-cr-00070-ADA

Vialva et al

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Michael W. Lieberman                        , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western District of

Texas pro hac vice to represent Christopher Andre Vialva                    in this case, and

would respectfully show the Court as follows:

1.   Applicant is an attorney and a member of the law firm (or practices under the name of)
     Federal Public Defender Western District of Oklahoma with offices at:

     Mailing address: 215 Dean A. McGee, Suite 707

     City, State, Zip Code: Oklahoma City, OK  73102

     Telephone: 405-609-5975          Facsimile: 405-609-5976

2.   Since May 2, 2016                        , Applicant has been and presently is a

     member of and in good standing with the Bar of the State of Oklahoma          .

     Applicant's bar license number is 32694                          .

3.   Applicant has been admitted to practice before the following courts:

     | Court: | Admission date: |
     | --- | --- |
     | Fifth Circuit | March 5, 2018 |
     | Tenth Circuit | July 20, 2015 |
     | Western District of Oklahoma | July 16, 2015 |

4.  Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
N/A

5.  I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
None

7.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
None

8.  Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.  Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel:  Susan M. Otto

Mailing address:  215 Dean A. McGee

City, State, Zip Code:  Oklahoma City, OK  73102

Telephone:  405-609-5930

Should the Court grant applicant's motion, Applicant *is exempt from paying the* ~~shall tender the amount of~~ $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(g). ~~AT-1(f)(2) [checks made payable to:  Clerk, U.S. District Court].~~

Wherefore, Applicant prays that this Court enter an order permitting the admission of Michael W. Lieberman to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Michael W. Lieberman
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of record and the original upon the Clerk of Court on this the 19* day of August, 2020.

Michael W. Lieberman
[printed name of Applicant]

[signature of Applicant]

\* or whenever entered electronically by the Clerk.

# FEDERAL PUBLIC DEFENDER
## WESTERN DISTRICT OF OKLAHOMA

SUSAN M. OTTO
FEDERAL PUBLIC DEFENDER

| Death Penalty Federal Habeas Corpus Division: | Main Office: | Federal Transfer Center Parole Revocation Docket: |
|---|---|---|
| Reply To: ✓ | Reply To: _____ | Reply To: _____ |
| 215 Dean A. McGee | 215 Dean A. McGee | 215 Dean A. McGee |
| Suite 707 Old Post Office Building | Suite 109 Old Post Office Building | Suite 109 Old Post Office Building |
| Oklahoma City, Oklahoma 73102 | Oklahoma City, Oklahoma 73102 | Oklahoma City, Oklahoma 73120 |
| (405) 609-5975 | (405) 609-5930 | (405) 680-4047 |
| Fax: (405) 609-5976 | Fax: (405) 609-5932 | Fax: (405) 680-4082 |

August 18, 2020

U.S. District Court Clerk
Western District of Texas - Waco Division
ATTENTION: BRIANNA WINTER
800 Franklin Ave., Room 380
Waco, TX 76701

> RE:    Pro Hac Admission of Michael W. Lieberman
>        Representation of Christopher Vialva
>        Case No.: 99-cr-00070-ADA

Dear Ms. Winter /Clerk:

Enclosed please find the Motion for Admission Pro Hac Vice on behalf of Federal Public Defender, Michael W. Lieberman, to act as co-counsel for Christopher Vialva in Case 6:99-cr-00070-ADA. According to my conversation with Ms. Winter on this date, Mr. Lieberman is exempt from the pro hac vice fee in compliance with local court rule AT-1(g), and by mailing these items instead of filing online, we can bypass the payment requirement. Additionally, according to Ms. Winter, since Mr. Lieberman is only seeking to enter one case, the inclusion of certificates of good standing and a letter of recommendation are not necessary.

Also enclosed is a proposed order; the language is changed in the 3rd paragraph to reflect Mr. Lieberman's exemption from the pro hac vice fee. Please advise if anything additional is needed for the admittance Pro Hac Vice of Mr. Lieberman in the above named case. Thank you for your assistance in this matter.

Sincerely,

Angie Beery, Paralegal

email: Angie_Beery@fd.org
Direct Line: 405-609-5989