**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**          ☑

USA

vs.                                    Case No.: 6:99-cr-00070-ADA

Vialva et al

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by <u>Michael W. Lieberman</u>, counsel for

<u>Christopher Andre Vialva</u>, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

<u>Michael W. Lieberman</u> may appear on behalf of <u>Christopher Andre Vialva</u>

in the above case.

IT IS FURTHER ORDERED that <u>Michael W. Lieberman</u>, is exempt from

paying the $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(g), being employed

as a Federal Public Defender for the Western District of Oklahoma.

SIGNED this the _____ day of _____, 20_____.


_____
UNITED STATES DISTRICT JUDGE