**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

**WACO DIVISION**   ☑

USA

vs.                                                  Case No.: 6:99-cr-00070-ADA

Vialva et al

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by Michael W. Lieberman _____, counsel for

Christopher Andre Vialva _____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Michael W. Lieberman _____ may appear on behalf of Christopher Andre Vialva _____

in the above case.

IT IS FURTHER ORDERED that Michael W. Lieberman _____, is exempt from

paying the $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(g), being employed

as a Federal Public Defender for the Western District of Oklahoma.

SIGNED this the ___26th___ day of ___August___, 20_20___.

_____
UNITED STATES DISTRICT JUDGE