| No. 20-5766 *** CAPITAL CASE *** | |
|---|---|
| Title: | Christopher Andre Vialva, Petitioner<br>v.<br>United States |
| Docketed: | September 21, 2020 |
| Linked with 20A49 | |
| Lower Ct: | United States Court of Appeals for the Fifth Circuit |
| Case Numbers: | (20-70019) |
| Decision Date: | September 18, 2020 |

| DATE | PROCEEDINGS AND ORDERS |
|---|---|
| Sep 21 2020 | Petition for a writ of certiorari and motion for leave to proceed in forma pauperis filed. (Response due October 21, 2020)<br><br>Motion for Leave to Proceed in Forma Pauperis   Petition   Appendix   Proof of Service |
| Sep 21 2020 | Application (20A49) for a stay of execution of sentence of death, submitted to Justice Alito.<br><br>Main Document   Proof of Service |
| Sep 22 2020 | Brief of respondent United States in opposition filed.<br><br>Proof of Service   Main Document |
| Sep 23 2020 | Reply of petitioner Christopher Vialva filed.<br><br>Main Document   Main Document |
| Sep 24 2020 | Application (20A49) referred to the Court. |
| Sep 24 2020 | Petition DENIED. |
| Sep 24 2020 | Application (20A49) denied by the Court. |

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 14, 2021

Ms. Jeannette Clack
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

    No. 20-70019   USA v. Vialva
                   USDC No. 6:04-CV-163

Dear Ms. Clack,

Enclosed is a copy of the Supreme Court order denying certiorari.

         Sincerely,

         LYLE W. CAYCE, Clerk

         By: *Sabrina B. Short*
         Sabrina B. Short, Deputy Clerk
         504-310-7817